**Opinion issued September 3, 2020**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-20-00530-CV

———————————

## IN RE PROVIDENCE HOME HEALTH SERVICES, INC. AND THE PROVIDENCE HOSPICE, INC., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Providence Home Health Services, Inc. and the Providence Hospice, Inc., have filed a petition for writ of mandamus, asking this Court to vacate the trial court's order that denied relators' motion to dismiss for lack of jurisdiction.[1]

---

[1]     The underlying case is *A\*Med Management, Inc. v. Eutiva Thomas, The Providence Home Health Services, Inc., and The Providence Hospice, Inc.*, cause

We **deny** relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Lloyd and Countiss.

number 19-CV-1003, pending in the 56th Judicial District Court of Galveston County, Texas, the Honorable Lonnie Cox presiding.

2